# INDICTMENT/INFORMATION COVER SHEET

UNITED STATES OF AMERICA

      v.      Defendant's Name:

**DOB:**

Defendant Juvenile? ☐ Yes ☐ No

☐ **Superseding Indictment #**

☐ MJ Complaint # _____

☐ Information

☐ Interpreter needed : _____

☐ Conflict Judge Burgess

☐ Conflict Judge Smith

---

Defendant's Status and Location:

☐ In Federal Custody at: ☐ In State Custody at: ☐ On Pretrial Release

**Process**:
☐ **Arrest Warrant:** ☐ Law Enforcement Sensitive ☐ Sealed ☐ Habeas ad pros. to follow
☐ Summons

☐ Set for Arraignment and Notify USM
☐ Set Arraignment upon notification from USM that defendant is in district

**Bail (release or detention):**

☐ **Detention (18 USC 3142 (e))** ☐ **flight risk** ☐ **danger to community** ☐ **no ties to community**

☐ Release ☐ On conditions to be requested ☐ As previously set by Court

Charges:

| Count | Level F-M-P | Code Provision | Offense (if drug charge state type of drug) | **Maximum Penalty** |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| AUSA: | Agent/Agency: | Agent's Phone: |
|---|---|---|