BRYAN SCHRODER
United States Attorney

YUNAH CHUNG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Yunah.chung@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:20-cr-00049-SLG-DMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| PETER CARL ASULUK, | ) |
| Defendant. | ) |

**MOTION TO DISMISS WITHOUT PREJUDICE**

The United States of America, by and through the United States Attorney and undersigned counsel, hereby files a motion to dismiss all allegations in the Information against the defendant, PETER CARL ASULUK, without prejudice, pursuant to Fed. R. of Crim. P. 48.

//

The United States moves to dismiss all allegations in the Information because the defendant has been charged in state court with a serious felony and the United States will postpone taking action against the defendant in federal court until his state case concludes. The United States, therefore, makes this motion WITHOUT PREJUDICE.

RESPECTFULLY SUBMITTED June 30, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Yunah Chung
YUNAH CHUNG
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020,
a true and correct copy of the foregoing
was served electronically on the following:

All Counsel of Record

s/ Yunah Chung
Office of the U.S. Attorney

U.S. v. Asuluk
3:20-CR-00049